**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

JAN DOMANUS, et al.,
v.
DEREK LEWICKI, et al.,

Case Number:
FILED: AUGUST 28, 2008
08CV4922
JUDGE BUCKLO
MAGISTRATE JUDGE NOLAN
NF

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ANDREW KOZLOWSKI AND JAN DOMANUS

| |
|---|
| NAME (Type or print) <br> Matthew S. Miller |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew S. Miller |
| FIRM <br> Much Shelist |
| STREET ADDRESS <br> 191 N. Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6237701 | TELEPHONE NUMBER <br> (312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |