## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4922                    Assigned/Issued By: J. N.

Judge Name:                              Designated Magistrate Judge:

---

### FEE INFORMATION

**Amount Due:**  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____           Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets           ☐ Other

☐ Writ _____             _____
  *(Type of Writ)*                      _____
                                        *(Type of issuance)*

__10__ Original and __10__ copies on __8-29-08__ as to __ALL DEFENDANTS__
                                  *(Date)*