# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4922 | **DATE** | 10/31/2011 |
| **CASE TITLE** | Domanus, et al. vs. Lewicki, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' Motion for Extension of Time to Comply with Certain Discovery [430] is entered and continued. The Court has ordered the following steps to expedite the discovery process:

■[ For further details see text below.]

## STATEMENT

1. <u>Records from Former Counsel</u>: Plaintiffs shall promptly make the discovery they received through the Individual Defendants' former counsel available for copying at the Individual Defendants' expense.

2. <u>Outstanding Interrogatory Responses</u>: As discussed more thoroughly in open court, in order to respond promptly to the interrogatory requests, Individual Defendants' counsel shall review the Polish prosecutor's memorandum regarding alleged fraudulent transfers and the Plaintiffs' responses to interrogatories that relate to Plaintiffs' fraudulent transfer allegations. On or before November 4, 2011, the Individual Defendants are ordered to provide responses to ten of the transactions for which Plaintiffs are requesting an explanation. A schedule for the remaining responses will be discussed at the next status hearing.

3. <u>Sweich's Hard Drive</u>: The Individual Defendants shall provide a rolling production of the documents recovered from Richard Sweich's hard drive. The documents from the first two CDs shall be produced on or before November 7, 2011. Thereafter, the Individual Defendants have committed to producing the documents from two additional CDs each week until the production is complete.

4. <u>Undisclosed Bank Accounts</u>: If Plaintiffs wish to pursue the issue of the "undisclosed" bank accounts and bank records, they should promptly file an appropriate motion. The Court will set a briefing schedule at the next status hearing.

5. <u>Deposition Schedule</u>: The deposition schedule issue is continued until the next status hearing.